NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ARTHREX, INC.,**
*Appellant*

v.

**SMITH & NEPHEW, INC., ARTHROCARE CORP.,**
*Appellees*

**UNITED STATES,**
*Intervenor*

2018-2140

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00275.

**ON MOTION**

Before MOORE[*], *Chief Judge*, REYNA and CHEN, *Circuit Judges*.

PER CURIAM.

---

[*] Chief Judge Kimberly A. Moore assumed the position of Chief Judge on May 22, 2021.

# O R D E R

Upon consideration of (1) the judgment of the Supreme Court of the United States in *United States v. Arthrex, Inc.*, 141 S. Ct. 1970 (2021), vacating this court's decision in *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019) and remanding for further proceedings and (2) appellant's motion for leave to file a supplemental brief concerning proceedings on remand,

It Is Ordered That:

(1) The mandate of this court issued on April 6, 2020 is recalled, and the appeal is reinstated.

(2) Appellant's motion for leave to file a supplemental brief is granted. The brief is accepted for filing.

(3) This case is remanded for the limited purpose of allowing appellant the opportunity to request Director rehearing of the final written decision.

(4) Appellant must file the request for rehearing within 30 days from the date of this order.

(5) This court retains jurisdiction over this appeal. Proceedings on appeal are stayed.

(6) Appellant shall inform this court within 14 days of any decision denying rehearing. The Clerk of Court shall reactivate the appeal upon receipt of that notice.

(7) Within 14 days of a decision granting rehearing, intervenor shall inform the court of that decision and make any request to remand the case in full or continue the stay of proceedings. The intervenor's request shall include a statement of consent or opposition.

For the Court

July 28, 2021  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court