# CARLSON, GASKEY & OLDS
#### A PROFESSIONAL CORPORATION

David L. Atallah
Todd W. Barrett
Timothy C. Bradley
Stephen A. Burch
Karin H. Butchko
John E. Carlson
Anthony P. Cho
Benjamin J. Coon
Jessica Fleetham
David J. Gaskey
William S. Gottschalk

400 WEST MAPLE ROAD
SUITE 350
BIRMINGHAM, MI 48009
Telephone 248.988.8360
Facsimile 248.988.8363

Quincy J. Harrison
Matthew L. Koziarz
Kerrie A. Laba
Timothy J. Murphy
Theodore W. Olds, III
Laura E. Parker
Stephen A. Sequin
John M. Siragusa
Steven Susser
Alex Szypa
Brian S. Tobin

October 29, 2021

Direct Dial: (248) 283-0687
Email: acho@cgolaw.com

*via* ECF

**Mr. Peter R. Marksteiner**
Circuit Executive and Clerk of the Court
717 Madison Place, N.W.
Washington, D.C. 20439

    **RE:**    **Notice of Denial of Request for Director Review**
             *Arthrex, Inc. v. Smith & Nephew, Inc.*, No. 2018-2140

Dear Mr. Marksteiner,

Pursuant to the Supreme Court's decision in *United States v. Arthrex, Inc.*, 141 S. Ct. 1970 (2021) and this Court's Order of July 28, 2021 (ECF No. 144), on August 27, 2021 Appellant Arthrex, Inc. ("Arthrex") filed a request for rehearing by the Director of the United States Patent and Trademark Office of the *inter partes* review at issue in this case.

This Court's July 28 order required Arthrex to inform the court of any decision denying rehearing within 14 days of the decision. Arthrex hereby timely notifies the Court that on October 15, 2021, Andrew Hirshfeld, Commissioner for Patents, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, denied Arthrex's request for rehearing by the Order attached as Exhibit 1 to this letter.

                          **Very truly yours,**

                          **CARLSON, GASKEY & OLDS**

                          **Anthony P. Cho**

cc: Counsel of Record (*via* ECF)
encl.: Exhibit 1, Order denying rehearing