# EXHIBIT 1

Trials@uspto.gov  Paper 40
571.272.7822  Entered: October 15, 2021

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE OFFICE OF THE UNDERSECRETARY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

_____

SMITH & NEPHEW, INC. and
ARTHROCARE CORP.,
Petitioner,

v.

ARTHREX, INC.,
Patent Owner.

_____

IPR2017-00275
Patent 9,179,907 B2

_____

Before ANDREW HIRSHFELD, *Commissioner for Patents, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.*

ORDER

IPR2017-00275
Patent 9,179,907 B2

The Office has received a request for Director review of the Final Written Decision in this case. Ex. 3100. The request was referred to Mr. Hirshfeld, Commissioner for Patents, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.

It is ORDERED that the request for Director review is denied; and

FURTHER ORDERED that the Patent Trial and Appeal Board's Final Written Decision is the final decision of the agency.

IPR2017-00275
Patent 9,179,907 B2

For PETITIONER:

Randy J. Pritzker
Michael N. Rader
Jason M. Honeyman
Richard F. Giunta
WOLF, GREENFIELD & SACKS, P.C.
rpritzker-ptab@wolfgreenfield.com
mrader-ptab@wolfgreenfield.com
jhoneyman-ptab@wolfgreenfield.com
rgiunta-ptab@wolfgreenfield.com
rpritzker-ptab@wolfgreenfield.com

For PATENT OWNER:

Anthony P. Cho
Timothy J. Murphy
CARLSON, GASKEY & OLDS, P.C.
acho@cgolaw.com
tmurphy@cgolaw.com